# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL LEDBETTER,**

    **Plaintiff,**

**v.**                                                             Case No:   6:15-cv-809-Orl-22KRS

**BOWL DAYTONA, LLC,**

    **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of FLSA Settlement Agreement (Doc. No. 48) filed on October 19, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 25, 2016 (Doc. No. 49), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of FLSA Settlement Agreement is hereby GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3. This case is DISMISSED with prejudice.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record